```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                    Case No. 10-06612-RNO
West Shore Oil Company, Inc.                                              Chapter 7
       Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: BStanchak         Page 1 of 1           Date Rcvd: Oct 06, 2014
                              Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2014.
db          West Shore Oil Company, Inc.,   1719 N Front St,   Harrisburg, PA  17102-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2014 at the address(es) listed below:
              Deborah A. Hughes    on behalf of Debtor    West Shore Oil Company, Inc. dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              Eugene E. Pepinsky, Jr.    on behalf of Creditor    Wells Fargo Bank, N. A. epepinsky@keeferwood.com
              Heather Z Kelly    on behalf of Creditor    Riverview National Bank f/k/a 1st National Bank of
               Marysville and successor by consolidation to Halifax National Bank hzkelly@mette.com
              James Francis Bohan    on behalf of Interested Party    Commonwealth of Pennsylvania, Department of
               Environmental Protection jbohan@state.pa.us
              Leon P Haller    on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com,  dmaurer@pkh.com
              Leon P Haller    on behalf of Plaintiff Leon P. Haller (Trustee) lhaller@pkh.com,  dmaurer@pkh.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Shawn Michael Long    on behalf of Creditor    Amerigreen Biofuels slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;jhudson@barley.com;kcunneen@barley.com;ashirk@barley.com;tshober@barley.com
              Shawn Michael Long    on behalf of Creditor    Worley and Obetz c/o Shawn M. Long slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;jhudson@barley.com;kcunneen@barley.com;ashirk@barley.com;tshober@barley.com
              Thomas O. Williams    on behalf of Creditor    Eshenaurs Fuels, Inc TWilliams@ReagerAdlerPC.com,
               ASouders@ReagerAdlerPC.com
              Timothy A Hoy    on behalf of Creditor    Riverview National Bank f/k/a 1st National Bank of
               Marysville and successor by consolidation to Halifax National Bank tahoy@mette.com,
               ncblosser@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

fnldec (06/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

West Shore Oil Company, Inc.  
aka Wesco Heating & Cooling, aka Wesco Energies  
1719 N Front St  
Harrisburg, PA 17102–2305

Chapter 7  
Case No. 1:10–bk–06612–RNO

Last four digits of Social–Security, Individual Taxpayer–Identification, Employer Tax–Identification No(s)(if any):  
xxx–xx–3864  
23–1611513

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Leon P. Haller (Trustee)** is discharged as trustee of the estate of the above–named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: <u>October 6, 2014</u>

BY THE COURT

Honorable Robert N. Opel  
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*